No. 524. ILLINOIS EX REL. DI CHIARA *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 527. HAINES *v.* ILLINOIS ET AL. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 528. DAVIDSON *v.* BENNETT, WARDEN, ET AL. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 532. PROVOST *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 533. AVONTS *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 536. ILLINOIS EX REL. DOYLE *v.* RAGEN, WARDEN, ET AL. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 540. SCHEIB *v.* RAGEN, WARDEN. January 31, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 529. NEW YORK EX REL. RICHARDS *v.* KIRBY, WARDEN. January 31, 1944. Petition for writ of certiorari to the Court of Appeals of New York denied.